UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

TRUSTEES OF THE NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS PENSION FUND,
WELFARE FUND, ANNUITY FUND,
APPRENTICESHIP, JOURNEYMAN RETRAINING,
EDUCATIONAL AND INDUSTRY FUND et al.,

                        Plaintiffs,
    -against-

JAIDAN INDUSTRIES INC.,

                        Defendant.

------------------------------------- x

ORDER

18 Civ. 2298 (GBD) (SN)

GEORGE B. DANIELS, United States District Judge:

The Amended Order of Reference to the Magistrate Judge dated April 7, 2020, (ECF No. 52), is withdrawn.

Dated: New York, New York
       May 11, 2020

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge