UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, and APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND; TRUSTEES OF THE NEW YORK CITY CARPENTERS RELIEF AND CHARITY FUND; THE NEW YORK CITY AND VICINITY CARPENTERS LABOR-MANAGEMENT CORPORATION, and the NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS,

Plaintiffs,

-against-

JAIDAN INDUSTRIES INC. and LIBERTY MUTUAL INSURANCE COMPANY,

Defendants.

18 CV 2298 (GBD)

**DEFAULT JUDGMENT**

The Summons and Complaint in this action having been duly served on the above-named Defendant JAIDAN INDUSTRIES, INC. ("JAIDAN"), and said Defendant having failed to file an Answer to said Complaint, and said default having been duly noted and upon the annexed Declaration of Default Judgment,

NOW, on the motion of Virginia & Ambinder, LLP, attorneys for Plaintiffs, it is hereby:

ORDERED AND ADJUDICATED that Plaintiffs do recover of JAIDAN, the Defendant, with its principal place of business at 16 Capi Lane, Port Washington, New York 11050, in the amount of $47,271.01, consisting of (1) the balance of the interest that accrued on the delinquency associated with the project known as Chelsea District Health Center Renovation ("Project") of $4,507.88, (2) liquidated damages on the delinquency associated with the Project of $15,508.54, (3) attorneys' fees and costs in the amount of $27,254.59; (4) post judgment interest

at the statutory rate; and (5) such further legal, equitable, or other relief as the court sees just and proper; and, that the plaintiffs have execution therefore.

MAY 1 1 2020

_____
Hon. George B. Daniels, U.S.D.J.

This document was entered on the docket on

_____.